UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUPERFAN LIVE INC., <br><br> Plaintiff, <br><br> v. <br><br> SMALL BUSINESS ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-00454-APM |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Civil Rule 41(a)(1)(A)(i), where Defendants have served neither an answer nor motion for summary judgment, Plaintiff Superfan Live Inc. hereby dismisses this action without prejudice.

Dated: July 27, 2022

Respectfully submitted,

/s/ Caroline L. Wolverton
Angela B. Styles
D.C. Bar No. 448397
Caroline L. Wolverton
D.C. Bar No. 496433
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 887-4000

*Counsel for Plaintiff Superfan Live Inc.*